DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW WOLTERS,**
Appellant,

v.

**CITIMORTGAGE, INC.,**
Appellee.

No. 4D22-1589

[February 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE15-006958.

Matthew Wolters, Davie, pro se.

Charles P. Gufford of McCalla Raymer Liebert Pierce, LLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***